**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Morris J. Nelson<br>Lorie K. Nelson a/k/a Lorie K Swarner, a/k/a Lorie K Smathers<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 18-10822 JCM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas
Brian Nicholas
14 Dec 2023, 14:45:22, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com