Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Morris J. Nelson** | : | Case No. 18−10822−JCM |
| **Lorie K. Nelson** | : | Chapter: 13 |
| **aka Lorie K Swarner, aka Lorie K Smathers** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 127 |
| | : | |
| v. | : | Hearing Date: 2/20/24 at 03:00 PM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE
AND HEARING ON MOTION**

      *AND NOW,* this *The 22nd of December, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 127 , by the Chapter 13 Trustee

      It is hereby **ORDERED, ADJUDGED and DECREED** that:

      (1)  **On or before February 5, 2024**, any **Response**, including a consent to the **Motion**, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

      (2)  This *Motion* is scheduled for hearing on **February 20, 2024 at 03:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 18-10822-JCM
Morris J. Nelson   Chapter 13
Lorie K. Nelson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1   User: auto   Page 1 of 4
Date Rcvd: Dec 22, 2023   Form ID: 300b   Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Morris J. Nelson, Lorie K. Nelson, 642 Elk Street, Franklin, PA 16323-1166 |
| 14898829 | + | 1st Alliance Lending LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14898830 | + | American InfoSource LP as agent for, Midland Funding LLC, PO Box 939069, San Diego, CA 92193-9069 |
| 14898841 | + | HSBC Bank, Attn: Bankruptcy, 550 South Tryon Street, Charlotte, NC 28202-4200 |
| 14898847 | | Nco Financial / 51, Po Box 13574, Philadelphia, PA 19101 |
| 14898848 | + | Orthopaedic & Sports Medicine of Erie PC, 100 Peach Street, Suite 400, Erie, PA 16507-1423 |
| 14898850 | | Prompt Recovery, 7823 South Riverside Drive, Aurora OH 44202-8605 |
| 14898853 | + | Rural Mental Health Association, 660 North Capitol Street Northwest, Suite 400, Washington, DC 20001-7413 |
| 14898856 | + | St. Vincent Hospital, 232 West 25th Street, Erie, PA 16544-0001 |
| 15269897 | + | Venango County Tax Claim Bureau, PO Box 631, Franklin, PA 16323-0631 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2023 23:30:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:47:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2023 23:47:06 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14898832 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2023 23:30:00 | Americredit Financial Services Inc, PO Box 183853, Arlington, TX 76096 |
| 14922129 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2023 23:30:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14898831 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2023 23:47:19 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14898833 | + | Email/Text: matthartweg@cbjcredit.com | Dec 22 2023 23:30:00 | Cbj Credit Recovery, 117 West 4th Street, Jamestown, NY 14701-5005 |
| 14898834 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 23:47:24 | Citibank Sd NA, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14898835 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 22 2023 23:30:00 | Credit Collections Service, Po Box 773, Needham, MA 02494-0918 |
| 14898836 | + | Email/Text: EBN@thecmigroup.com | Dec 22 2023 23:29:00 | Credit Management Lp, 6080 Tennyson Parkway, Suite 100, Plano, TX 75024-6002 |
| 14931573 | | Email/Text: G06041@att.com | Dec 22 2023 23:30:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |

Case 18-10822-JCM    Doc 129    Filed 12/24/23    Entered 12/25/23 00:20:21    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: 300b | Total Noticed: 54 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14898837 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 22 2023 23:36:26 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14898840 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2023 23:29:00 | GMAC, Attn: Bankruptcy, Po Box 130424, Saint Paul, MN 55113-0004 |
| 14898838 | + | Email/Text: dgpfohl@galaxyfcu.com | Dec 22 2023 23:30:00 | Galaxy Federal Credit Union, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 14898839 | + | Email/Text: bankruptcy@sccompanies.com | Dec 22 2023 23:30:00 | Ginnys, c/o Creditors Bankruptcy Serivce, PO Box 740933, Dallas, TX 75374-0933 |
| 14932223 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 22 2023 23:29:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 14898842 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:36:54 | LVNV Funding LLC, assignee of Citibank (SD) NA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14898843 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:47:13 | LVNV Funding LLC, assignee of Arrow Financial Services LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14921397 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:36:54 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14923295 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:47:00 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14923297 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:47:06 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15605804 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 22 2023 23:36:24 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14898844 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2023 23:30:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14898845 | + | Email/Text: bankruptcy@sccompanies.com | Dec 22 2023 23:30:00 | Midnight Velvet, Swiss Colony Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14898846 | ^ | MEBN | Dec 22 2023 23:28:11 | Nationwide Insurance, 1 West Nationwide Boulevard, Columbus, OH 43215-2752 |
| 14898849 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 23:47:00 | Portfolio Recovery Associates, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 14936787 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 23:36:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14899449 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2023 23:47:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14898852 | + | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2023 23:30:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14898851 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2023 23:30:00 | Quantum3 Group LLC as agent for, CF Medical LLC, 12006 98th Avenue, Northeast Kirkland, WA 98034-4218 |
| 14898855 | | Email/PDF: cbp@omf.com | Dec 22 2023 23:36:16 | Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 |
| 14909829 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 22 2023 23:30:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas Tx 75356-0284 |
| 14898854 | + | Email/Text: bankruptcy@sccompanies.com | | |

Case 18-10822-JCM   Doc 129   Filed 12/24/23   Entered 12/25/23 00:20:21   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: 300b | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 22 2023 23:30:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, PO Box 740933, Dallas, TX 75374-0933 |
| 14898857 | ^ | MEBN | | |
| | | | Dec 22 2023 23:28:19 | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14936154 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Dec 22 2023 23:47:18 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14898858 | + | Email/Text: bankruptcysst@alorica.com | | |
| | | | Dec 22 2023 23:29:00 | System & Service Technologies Inc, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14898859 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Dec 22 2023 23:30:00 | Target Corporation, Po Box 9350, Minneapolis, MN 55440-9350 |
| 14898860 | + | Email/Text: dl-csgbankruptcy@charter.com | | |
| | | | Dec 22 2023 23:30:00 | Time Warner Cable, PO Box 0901, Carol Stream, IL 60132-0901 |
| 14930188 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Dec 22 2023 23:29:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14898861 | + | Email/Text: BankruptcyNotice@upmc.edu | | |
| | | | Dec 22 2023 23:30:00 | UPMC Northwest, 2 Hot Metal Street, Quantum One Building, 3rd Floor, Pittsburgh, PA 15203-2348 |
| 14930189 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Dec 22 2023 23:29:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14898862 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Dec 22 2023 23:29:00 | Verizon, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 14898863 | + | Email/Text: bankruptcy@webbank.com | | |
| | | | Dec 22 2023 23:29:00 | Webbank, 215 South State Street, Salt Lake City, UT 84111-2336 |
| 14898864 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 22 2023 23:47:11 | Wells Fargo Bank NA, Attn: Bankruptcy Department, MAC #D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | MIDFIRST BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2023          Signature:          /s/Gustava Winters

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: 300b | Total Noticed: 54 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Debtor Morris J. Nelson dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Lorie K. Nelson dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9