**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MORRIS J. NELSON<br>LORIE K. NELSON<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>       vs.<br>No Respondents. | Case No.:18-10822<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.


December 21, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/16/2018 and confirmed on 11/1/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 77,533.50 |
| Less Refunds to Debtor | 663.17 | |
| TOTAL AMOUNT OF PLAN FUND | | 76,870.33 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,500.00 | |
|    Trustee Fee | 3,644.08 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,144.08 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK | 0.00 | 38,774.09 | 0.00 | 38,774.09 |
|     Acct: 8100 | | | | |
|   WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8776 | | | | |
|   MIDFIRST BANK | 6,701.04 | 6,701.04 | 0.00 | 6,701.04 |
|     Acct: 8100 | | | | |
|   SPRINGLEAF FINANCIAL SERVICES INC(* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5053 | | | | |
|   VENANGO COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 720.65 | 720.65 | 522.92 | 1,243.57 |
|     Acct: 7284 | | | | |
|   SANTANDER CONSUMER USA | 4,412.48 | 4,412.48 | 1,914.60 | 6,327.08 |
|     Acct: 2568 | | | | |
| | | | | 53,045.78 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MORRIS J. NELSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MORRIS J. NELSON | 663.17 | 663.17 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXX,108 | | | | |
|   WESTLAKE FINANCIAL SERVICES(*) | 0.00 | 12,299.76 | 0.00 | 12,299.76 |
|     Acct: 9911 | | | | |
| | | | | 12,299.76 |
| **Unsecured** | | | | |
|   AMERICAN INFOSOURCE LP AGENT - MID | 0.00 | 0.00 | 0.00 | 0.00 |

18-10822                                                                                                      Page 2 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9810 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5391 | | | | |
| | CBJ CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6685 | | | | |
| | CBJ CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3768 | | | | |
| | CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4987 | | | | |
| | CMI++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2795 | | | | |
| | GALAXY FEDERAL CREDIT UNION* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 111J | | | | |
| | GINNYS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 157O | | | | |
| | GMAC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3900 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1820 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3514 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9074 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9549 | | | | |
| | MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 155O | | | | |
| | UPMC HEALTH SERVICES | 566.58 | 438.65 | 0.00 | 438.65 |
| | Acct: 5910 | | | | |
| | UPMC PHYSICIAN SERVICES | 294.81 | 228.24 | 0.00 | 228.24 |
| | Acct: 5910 | | | | |
| | UPMC HEALTH SERVICES | 453.49 | 351.09 | 0.00 | 351.09 |
| | Acct: 6092 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7425 | | | | |
| | PROMPT RECOVERY SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3747 | | | | |
| | QUANTUM3 GROUP LLC AGNT - CF MEDI( | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5997 | | | | |
| | QUANTUM3 GRP LLC AGNT - GALAXY INT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6084 | | | | |
| | SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 163O | | | | |
| | SST* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7000 | | | | |
| | DIRECTV LLC BY AMERICAN INFOSOURC | 233.26 | 180.59 | 0.00 | 180.59 |
| | Acct: 8066 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2942 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0126 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1802 | | | | |
| | UPMC PHYSICIAN SERVICES | 553.53 | 428.54 | 0.00 | 428.54 |
| | Acct: 6092 | | | | |
| | SYNCHRONY BANK BY AIS INFOSOURCE | 159.63 | 123.59 | 0.00 | 123.59 |
| | Acct: 3438 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 813.76 | 630.01 | 0.00 | 630.01 |
| | Acct: 2409 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |

18-10822     Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 2409 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CATHERINE TEIG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBERTSON ANSCHUTZ SCHNEID ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRST PREMIER BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HSBC BANK NV NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATIONWIDE INSURANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ORTHOPAEDIC AND SPORTS MEDICINE C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RURAL MENTAL HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ST VINCENT HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TIME WARNER CABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UPMC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | VERIZON++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 2,380.71 |

TOTAL PAID TO CREDITORS            67,726.25

TOTAL CLAIMED
- PRIORITY    0.00
- SECURED    11,834.17
- UNSECURED    3,075.06

Date: 12/21/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   MORRIS J. NELSON
   LORIE K. NELSON
        Debtor(s)

Ronda J. Winnecour
       Movant
     vs.
No Repondents.

Case No.:18-10822

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10822-JCM |
| Morris J. Nelson | Chapter 13 |
| Lorie K. Nelson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 22, 2023 | Form ID: pdf900 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Morris J. Nelson, Lorie K. Nelson, 642 Elk Street, Franklin, PA 16323-1166 |
| 14898829 | + | 1st Alliance Lending LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14898830 | + | American InfoSource LP as agent for, Midland Funding LLC, PO Box 939069, San Diego, CA 92193-9069 |
| 14898841 | + | HSBC Bank, Attn: Bankruptcy, 550 South Tryon Street, Charlotte, NC 28202-4200 |
| 14898847 | | Nco Financial / 51, Po Box 13574, Philadelphia, PA 19101 |
| 14898848 | + | Orthopaedic & Sports Medicine of Erie PC, 100 Peach Street, Suite 400, Erie, PA 16507-1423 |
| 14898850 | | Prompt Recovery, 7823 South Riverside Drive, Aurora OH 44202-8605 |
| 14898853 | + | Rural Mental Health Association, 660 North Capitol Street Northwest, Suite 400, Washington, DC 20001-7413 |
| 14898856 | + | St. Vincent Hospital, 232 West 25th Street, Erie, PA 16544-0001 |
| 15269897 | + | Venango County Tax Claim Bureau, PO Box 631, Franklin, PA 16323-0631 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2023 23:30:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:47:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2023 23:47:18 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14898832 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2023 23:30:00 | Americredit Financial Services Inc, PO Box 183853, Arlington, TX 76096 |
| 14922129 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 22 2023 23:30:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14898831 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2023 23:35:54 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14898833 | + | Email/Text: matthartweg@cbjcredit.com | Dec 22 2023 23:30:00 | Cbj Credit Recovery, 117 West 4th Street, Jamestown, NY 14701-5005 |
| 14898834 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2023 23:47:06 | Citibank Sd NA, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14898835 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 22 2023 23:30:00 | Credit Collections Service, Po Box 773, Needham, MA 02494-0918 |
| 14898836 | + | Email/Text: EBN@thecmigroup.com | Dec 22 2023 23:29:00 | Credit Management Lp, 6080 Tennyson Parkway, Suite 100, Plano, TX 75024-6002 |
| 14931573 | | Email/Text: G06041@att.com | Dec 22 2023 23:30:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14898837 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 22 2023 23:47:24 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14898840 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2023 23:29:00 | GMAC, Attn: Bankruptcy, Po Box 130424, Saint Paul, MN 55113-0004 |
| 14898838 | + | Email/Text: dgpfohl@galaxyfcu.com | Dec 22 2023 23:30:00 | Galaxy Federal Credit Union, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 14898839 | + | Email/Text: bankruptcy@sccompanies.com | Dec 22 2023 23:30:00 | Ginnys, c/o Creditors Bankruptcy Serivce, PO Box 740933, Dallas, TX 75374-0933 |
| 14932223 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 22 2023 23:29:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 14898842 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:47:02 | LVNV Funding LLC, assignee of Citibank (SD) NA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14898843 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:47:08 | LVNV Funding LLC, assignee of Arrow Financial Services LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14921397 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:36:51 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14923295 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:47:12 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14923297 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2023 23:47:01 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15605804 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 22 2023 23:47:05 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14898844 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2023 23:30:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14898845 | + | Email/Text: bankruptcy@sccompanies.com | Dec 22 2023 23:30:00 | Midnight Velvet, Swiss Colony Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14898846 | ^ | MEBN | Dec 22 2023 23:28:11 | Nationwide Insurance, 1 West Nationwide Boulevard, Columbus, OH 43215-2752 |
| 14898849 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 23:47:06 | Portfolio Recovery Associates, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 14936787 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2023 23:47:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14899449 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2023 23:47:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14898852 | + | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2023 23:30:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14898851 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2023 23:30:00 | Quantum3 Group LLC as agent for, CF Medical LLC, 12006 98th Avenue, Northeast Kirkland, WA 98034-4218 |
| 14898855 | | Email/PDF: cbp@omf.com | Dec 22 2023 23:47:25 | Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 |
| 14909829 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 22 2023 23:30:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas Tx 75356-0284 |
| 14898854 | + | Email/Text: bankruptcy@sccompanies.com | | |

Case 18-10822-JCM    Doc 130    Filed 12/24/23    Entered 12/25/23 00:20:21    Desc
Imaged Certificate of Notice    Page 8 of 9

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 22 2023 23:30:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, PO Box 740933, Dallas, TX 75374-0933 |
| 14898857 | ^ | MEBN | Dec 22 2023 23:28:16 | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14936154 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2023 23:47:05 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14898858 | + | Email/Text: bankruptcysst@alorica.com | Dec 22 2023 23:29:00 | System & Service Technologies Inc, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14898859 | + | Email/Text: bncmail@w-legal.com | Dec 22 2023 23:30:00 | Target Corporation, Po Box 9350, Minneapolis, MN 55440-9350 |
| 14898860 | + | Email/Text: dl-csgbankruptcy@charter.com | Dec 22 2023 23:30:00 | Time Warner Cable, PO Box 0901, Carol Stream, IL 60132-0901 |
| 14930188 | | Email/Text: BNCnotices@dcmservices.com | Dec 22 2023 23:29:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14898861 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 22 2023 23:30:00 | UPMC Northwest, 2 Hot Metal Street, Quantum One Building, 3rd Floor, Pittsburgh, PA 15203-2348 |
| 14930189 | | Email/Text: BNCnotices@dcmservices.com | Dec 22 2023 23:29:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14898862 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 22 2023 23:29:00 | Verizon, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 14898863 | + | Email/Text: bankruptcy@webbank.com | Dec 22 2023 23:29:00 | Webbank, 215 South State Street, Salt Lake City, UT 84111-2336 |
| 14898864 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 22 2023 23:47:19 | Wells Fargo Bank NA, Attn: Bankruptcy Department, MAC #D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | MIDFIRST BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2023          Signature:       /s/Gustava Winters

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: Dec 22, 2023 | Form ID: pdf900 | Total Noticed: 54

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Debtor Morris J. Nelson dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Lorie K. Nelson dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9