| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Morris J. Nelson<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6092<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Lorie K. Nelson<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5910<br>EIN  __–_____ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  18–10822–JCM | | |

## Order of Discharge                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Morris J. Nelson                                Lorie K. Nelson
                                                  aka Lorie K Swarner, aka Lorie K Smathers

  2/6/24                                          **By the court:** John C Melaragno
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10822-JCM |
| Morris J. Nelson | Chapter 13 |
| Lorie K. Nelson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 06, 2024 | Form ID: 3180W | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Morris J. Nelson, Lorie K. Nelson, 642 Elk Street, Franklin, PA 16323-1166 |
| 14898829 | + | 1st Alliance Lending LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14898830 | + | American InfoSource LP as agent for, Midland Funding LLC, PO Box 939069, San Diego, CA 92193-9069 |
| 14898841 | + | HSBC Bank, Attn: Bankruptcy, 550 South Tryon Street, Charlotte, NC 28202-4200 |
| 14898847 | | Nco Financial / 51, Po Box 13574, Philadelphia, PA 19101 |
| 14898848 | + | Orthopaedic & Sports Medicine of Erie PC, 100 Peach Street, Suite 400, Erie, PA 16507-1423 |
| 14898850 | | Prompt Recovery, 7823 South Riverside Drive, Aurora OH 44202-8605 |
| 14898853 | + | Rural Mental Health Association, 660 North Capitol Street Northwest, Suite 400, Washington, DC 20001-7413 |
| 14898856 | + | St. Vincent Hospital, 232 West 25th Street, Erie, PA 16544-0001 |
| 15269897 | + | Venango County Tax Claim Bureau, PO Box 631, Franklin, PA 16323-0631 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 07 2024 05:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2024 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 07 2024 05:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 07 2024 00:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Feb 07 2024 05:07:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:22:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | EDI: AIS.COM | Feb 07 2024 05:07:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14898832 | | EDI: PHINAMERI.COM | Feb 07 2024 05:07:00 | Americredit Financial Services Inc, PO Box 183853, Arlington, TX 76096 |
| 14922129 | | EDI: PHINAMERI.COM | Feb 07 2024 05:07:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |

Case 18-10822-JCM   Doc 134   Filed 02/08/24   Entered 02/09/24 00:28:52   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: 3180W | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| 14898831 | + | EDI: AIS.COM | Feb 07 2024 05:07:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14898833 | + | Email/Text: matthartweg@cbjcredit.com | Feb 07 2024 00:26:00 | Cbj Credit Recovery, 117 West 4th Street, Jamestown, NY 14701-5005 |
| 14898834 | + | EDI: CITICORP | Feb 07 2024 05:07:00 | Citibank Sd NA, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14898835 | + | EDI: CCS.COM | Feb 07 2024 05:07:00 | Credit Collections Service, Po Box 773, Needham, MA 02494-0918 |
| 14898836 | + | EDI: CMIGROUP.COM | Feb 07 2024 05:07:00 | Credit Management Lp, 6080 Tennyson Parkway, Suite 100, Plano, TX 75024-6002 |
| 14931573 | | EDI: DIRECTV.COM | Feb 07 2024 05:07:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14898837 | + | EDI: AMINFOFP.COM | Feb 07 2024 05:07:00 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14898840 | + | EDI: GMACFS.COM | Feb 07 2024 05:07:00 | GMAC, Attn: Bankruptcy, Po Box 130424, Saint Paul, MN 55113-0004 |
| 14898838 | + | Email/Text: dgpfohl@galaxyfcu.com | Feb 07 2024 00:26:00 | Galaxy Federal Credit Union, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 14898839 | + | EDI: CBS7AVE | Feb 07 2024 05:07:00 | Ginnys, c/o Creditors Bankruptcy Serivce, PO Box 740933, Dallas, TX 75374-0933 |
| 14932223 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 07 2024 00:24:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 14898842 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:38:05 | LVNV Funding LLC, assignee of Citibank (SD) NA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14898843 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:37:48 | LVNV Funding LLC, assignee of Arrow Financial Services LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14921397 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:38:18 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14923295 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:22:24 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14923297 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:37:50 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15605804 | + | EDI: AISMIDFIRST | Feb 07 2024 05:07:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14898844 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2024 00:26:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14898845 | + | EDI: CBS7AVE | Feb 07 2024 05:07:00 | Midnight Velvet, Swiss Colony Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14898846 | ^ | MEBN | Feb 07 2024 00:12:16 | Nationwide Insurance, 1 West Nationwide Boulevard, Columbus, OH 43215-2752 |
| 14898849 | | EDI: PRA.COM | Feb 07 2024 05:07:00 | Portfolio Recovery Associates, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 14936787 | | EDI: PRA.COM | Feb 07 2024 05:07:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14899449 | + | EDI: PRA.COM | Feb 07 2024 05:07:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14898852 | + | EDI: Q3G.COM | Feb 07 2024 05:07:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14898851 | | EDI: Q3G.COM | Feb 07 2024 05:07:00 | Quantum3 Group LLC as agent for, CF Medical LLC, 12006 98th Avenue, Northeast Kirkland, WA 98034-4218 |
| 14898855 | | EDI: AGFINANCE.COM | Feb 07 2024 05:07:00 | Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 |
| 14909829 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 07 2024 00:26:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas Tx 75356-0284 |
| 14898854 | + | EDI: CBS7AVE | Feb 07 2024 05:07:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, PO Box 740933, Dallas, TX 75374-0933 |
| 14898857 | ^ | MEBN | Feb 07 2024 00:12:20 | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14936154 | + | EDI: AIS.COM | Feb 07 2024 05:07:00 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14898858 | + | Email/Text: bankruptcysst@alorica.com | Feb 07 2024 00:24:00 | System & Service Technologies Inc, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14898859 | + | EDI: WTRRNBANK.COM | Feb 07 2024 05:07:00 | Target Corporation, Po Box 9350, Minneapolis, MN 55440-9350 |
| 14898860 | + | Email/Text: dl-csgbankruptcy@charter.com | Feb 07 2024 00:27:00 | Time Warner Cable, PO Box 0901, Carol Stream, IL 60132-0901 |
| 14930188 | | Email/Text: BNCnotices@dcmservices.com | Feb 07 2024 00:25:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14898861 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 07 2024 00:26:00 | UPMC Northwest, 2 Hot Metal Street, Quantum One Building, 3rd Floor, Pittsburgh, PA 15203-2348 |
| 14930189 | | Email/Text: BNCnotices@dcmservices.com | Feb 07 2024 00:25:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14898862 | + | EDI: VERIZONCOMB.COM | Feb 07 2024 05:01:00 | Verizon, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 14898863 | + | Email/Text: bankruptcy@webbank.com | Feb 07 2024 00:24:00 | Webbank, 215 South State Street, Salt Lake City, UT 84111-2336 |
| 14898864 | + | EDI: WFFC2 | Feb 07 2024 05:07:00 | Wells Fargo Bank NA, Attn: Bankruptcy Department, MAC #D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | MIDFIRST BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: 3180W | Total Noticed: 56 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 08, 2024          Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Debtor Morris J. Nelson dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Lorie K. Nelson dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9