IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MORRIS J. NELSON
LORIE K. NELSON
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:18-10822

Chapter 13

Document No.: 127

## ORDER OF COURT

AND NOW, this \_\_\_6th\_\_\_ day of \_\_\_February\_\_\_, 20\_24\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jlm
U.S. BANKRUPTCY JUDGE

SIGNED
2/6/24 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Morris J. Nelson  
Lorie K. Nelson  
    Debtors

Case No. 18-10822-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 4  
Date Rcvd: Feb 06, 2024      Form ID: pdf900      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Morris J. Nelson, Lorie K. Nelson, 642 Elk Street, Franklin, PA 16323-1166 |
| 14898829 | + | 1st Alliance Lending LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 14898830 | + | American InfoSource LP as agent for, Midland Funding LLC, PO Box 939069, San Diego, CA 92193-9069 |
| 14898841 | + | HSBC Bank, Attn: Bankruptcy, 550 South Tryon Street, Charlotte, NC 28202-4200 |
| 14898847 | | Nco Financial / 51, Po Box 13574, Philadelphia, PA 19101 |
| 14898848 | + | Orthopaedic & Sports Medicine of Erie PC, 100 Peach Street, Suite 400, Erie, PA 16507-1423 |
| 14898850 | | Prompt Recovery, 7823 South Riverside Drive, Aurora OH 44202-8605 |
| 14898853 | + | Rural Mental Health Association, 660 North Capitol Street Northwest, Suite 400, Washington, DC 20001-7413 |
| 14898856 | + | St. Vincent Hospital, 232 West 25th Street, Erie, PA 16544-0001 |
| 15269897 | + | Venango County Tax Claim Bureau, PO Box 631, Franklin, PA 16323-0631 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 07 2024 00:25:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:37:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Feb 07 2024 00:22:24 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14898832 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 07 2024 00:25:00 | Americredit Financial Services Inc, PO Box 183853, Arlington, TX 76096 |
| 14922129 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 07 2024 00:25:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14898831 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 07 2024 00:38:04 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14898833 | + | Email/Text: matthartweg@cbjcredit.com | Feb 07 2024 00:26:00 | Cbj Credit Recovery, 117 West 4th Street, Jamestown, NY 14701-5005 |
| 14898834 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 07 2024 00:21:55 | Citibank Sd NA, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14898835 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 07 2024 00:27:00 | Credit Collections Service, Po Box 773, Needham, MA 02494-0918 |
| 14898836 | + | Email/Text: EBN@thecmigroup.com | Feb 07 2024 00:24:00 | Credit Management Lp, 6080 Tennyson Parkway, Suite 100, Plano, TX 75024-6002 |
| 14931573 | | Email/Text: G06041@att.com | Feb 07 2024 00:26:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |

Case 18-10822-JCM   Doc 135   Filed 02/08/24   Entered 02/09/24 00:28:52   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: pdf900 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 14898837 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 07 2024 00:22:51 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14898840 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 07 2024 00:24:00 | GMAC, Attn: Bankruptcy, Po Box 130424, Saint Paul, MN 55113-0004 |
| 14898838 | + | Email/Text: dgpfohl@galaxyfcu.com | Feb 07 2024 00:26:00 | Galaxy Federal Credit Union, 1313 Liberty Street, Franklin, PA 16323-1528 |
| 14898839 | + | Email/Text: bankruptcy@sccompanies.com | Feb 07 2024 00:27:00 | Ginnys, c/o Creditors Bankruptcy Serivce, PO Box 740933, Dallas, TX 75374-0933 |
| 14932223 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 07 2024 00:24:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 14898842 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:37:53 | LVNV Funding LLC, assignee of Citibank (SD) NA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14898843 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:22:55 | LVNV Funding LLC, assignee of Arrow Financial Services LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14921397 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:22:55 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14923295 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:37:49 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14923297 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 07 2024 00:49:55 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15605804 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 07 2024 00:21:54 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14898844 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 07 2024 00:26:00 | Midland Funding LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14898845 | + | Email/Text: bankruptcy@sccompanies.com | Feb 07 2024 00:27:00 | Midnight Velvet, Swiss Colony Midnight Velvet, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14898846 | ^ | MEBN | Feb 07 2024 00:12:17 | Nationwide Insurance, 1 West Nationwide Boulevard, Columbus, OH 43215-2752 |
| 14898849 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2024 00:50:03 | Portfolio Recovery Associates, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 14936787 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2024 00:38:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14899449 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2024 00:22:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14898852 | + | Email/Text: bnc-quantum@quantum3group.com | Feb 07 2024 00:25:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14898851 | | Email/Text: bnc-quantum@quantum3group.com | Feb 07 2024 00:25:00 | Quantum3 Group LLC as agent for, CF Medical LLC, 12006 98th Avenue, Northeast Kirkland, WA 98034-4218 |
| 14898855 | | Email/PDF: cbp@omf.com | Feb 07 2024 01:17:16 | Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 |
| 14909829 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 07 2024 00:26:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas Tx 75356-0284 |
| 14898854 | + | Email/Text: bankruptcy@sccompanies.com | | |

Case 18-10822-JCM    Doc 135    Filed 02/08/24    Entered 02/09/24 00:28:52    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 06, 2024 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 07 2024 00:27:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, PO Box 740933, Dallas, TX 75374-0933 |
| 14898857 | ^ | MEBN | | |
| | | | Feb 07 2024 00:12:21 | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 14936154 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Feb 07 2024 00:21:55 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14898858 | + | Email/Text: bankruptcysst@alorica.com | | |
| | | | Feb 07 2024 00:24:00 | System & Service Technologies Inc, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 14898859 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Feb 07 2024 00:25:00 | Target Corporation, Po Box 9350, Minneapolis, MN 55440-9350 |
| 14898860 | + | Email/Text: dl-csgbankruptcy@charter.com | | |
| | | | Feb 07 2024 00:27:00 | Time Warner Cable, PO Box 0901, Carol Stream, IL 60132-0901 |
| 14930188 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Feb 07 2024 00:25:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14898861 | + | Email/Text: BankruptcyNotice@upmc.edu | | |
| | | | Feb 07 2024 00:26:00 | UPMC Northwest, 2 Hot Metal Street, Quantum One Building, 3rd Floor, Pittsburgh, PA 15203-2348 |
| 14930189 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Feb 07 2024 00:25:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14898862 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Feb 07 2024 00:24:00 | Verizon, 500 Technology Drive, Suite 550, Saint Charles, MO 63304-2225 |
| 14898863 | + | Email/Text: bankruptcy@webbank.com | | |
| | | | Feb 07 2024 00:24:00 | Webbank, 215 South State Street, Salt Lake City, UT 84111-2336 |
| 14898864 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Feb 07 2024 01:06:48 | Wells Fargo Bank NA, Attn: Bankruptcy Department, MAC #D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | MIDFIRST BANK |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Feb 08, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles Griffin Wohlrab | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Daniel P. Foster | on behalf of Debtor Morris J. Nelson dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Lorie K. Nelson dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9